■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE BREWSTER, Also Known as DANNY BRUCE, Also Known as JAMES BRUCE and Also Known as BRUCE DANNY, Appellant. [678 NYS2d 720] —Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered February 14, 1997, convicting defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 5 to 10 years, and judgment, same court (Rena Uviller, J.), rendered March 5, 1997, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a concurrent term of 4½ to 9 years, unanimously affirmed.

Defendant's claim that the court improperly enhanced his sentence is unpreserved for review since he failed to object at sentencing, or to move to withdraw his plea or to vacate the

judgment of conviction (*People v James*, 239 AD2d 243, *lv denied* 90 NY2d 906), and we decline to review it in the interest of justice. Concur—Rosenberger, J. P., Ellerin, Wallach and Williams, JJ.